# CERTIFICATE OF SERVICE

    I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
SOS Security LLC
P.O. Box 6373
Parsippany, NJ 07054

SOS Security LLC
Attn: Aaron King, SVP, Legal & Business affairs
PO Box 6373
Parsippany, NJ 07054

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
SOS Security LLC
Attn: Aaron King, SVP, Legal & Business Affairs
P.O. Box 6373
Parsippany, NJ 07054

The Corporation Trust Company, R/A for
SOS Security LLC.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

    I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date     <u>February 4, 2022</u>     Signature   <u>/s/ Gini L. Downing</u>

    Print Name:     <u>Gini L. Downing</u>
                                 Pachulski Stang Ziehl & Jones LLP
                                 10100 Santa Monica Blvd.
                                 13th Floor
    Business Address:     <u>Los Angeles, CA 90067</u>

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>The Corporation Trust Company, R/A for<br>SOS Security LLC.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FEB 0 8 2022<br>CT CORPORATION |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3367 7227 2904 51 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 3936 6770 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |