# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 6/21/2022 |
| Case: 2–22–02051–PRW | Form ID: pdfterm | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Ilan D Scharf     ischarf@pszjlaw.com

                                                               TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
     ROBINSON & COLE LLP     Rachel Jaffe Mauceri, Esq.     1650 Market Street, Suite 3030     Philadelphia, PA 19103

                                                               TOTAL: 1